IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TANDBERG TELECOM AS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. _____ |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| STARBAK COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT OF TANDBERG TELECOM AS

Plaintiff Tandberg Telecom AS furnishes the following statement in compliance with Fed. R. Civ. P. 7.1. Plaintiff Tandberg Telecom AS is a wholly owned subsidiary of Tandberg ASA, which is a publicly held Norwegian corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for plaintiff Tandberg Telecom AS

2

OF COUNSEL:

Richard D. Kelly
Bradley D. Lytle
Robert C. Mattson
Alexander E. Gasser
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

July 7, 2006