IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TANDBERG TELECOM AS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-424-SLR |
| v. | ) | |
| | ) | |
| STARBAK COMMUNICATIONS, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant shall move, answer or otherwise respond to the Complaint filed herein be, and the same hereby is, extended to and including September 25, 2006.

| | |
|---|---|
| /s/ Karen Jacobs Louden (#2881) | *(signature)* William Wade |
| Jack B. Blumenfeld (#1014) | William J. Wade (#704) |
| jblumenfeld@mnat.com | wade@rlf.com |
| Karen Jacobs Louden (#2881) | Matthew W. King (#4566) |
| klouden@mnat.com | king@rlf.com |
| Morris, Nichols, Arsht & Tunnell, LLP | Richards, Layton & Finger |
| 1201 North Market Street | One Rodney Square |
| P.O. Box 1347 | 920 N. King Street |
| Wilmington, DE 19899-1347 | P.O. Box 551 |
| 302-658-9200 | Wilmington, DE 19899 |
| Attorneys for Plaintiff | (302) 651-7700 |
| | Attorneys for Defendant |
| Dated: July 24, 2006 | Dated: July 24, 2006 |

APPROVED and SO ORDERED this _____ day of July, 2006.

_____
U.S.D.J.

RLF1-3040202-1