IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TANDBERG TELECOM AS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-cv-00424-SLR |
| v. | ) |
| | ) |
| STARBAK COMMUNICATIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties in the above action, by their attorneys, hereby stipulate and agree that all claims in this action may be and hereby are dismissed with prejudice, and all rights of appeal are waived. Each party shall bear its own costs and attorneys' fees.

| STARBAK COMMUNICATIONS, INC. | TANDBERG TELECOM AS |
|---|---|
| By its attorneys, | By its attorneys, |
| | |
| /s/ William J. Wade | /s/ Karen Jacobs Louden |
| William J. Wade (#704) | Jack B. Blumenfeld (#1014) |
| Anne Shea Gaza (#4093) | Karen Jacobs Louden (#2881) |
| RICHARDS, LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| One Rodney Square | 1201 N. Market Street |
| P.O. Box 551 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 651-7700 | (302) 658-9200 |
| | |
| *Of Counsel:* | *Of Counsel:* |
| Daniel C. Winston | Richard D. Kelly |
| Mark S. Freeman | Bradley D. Lytle |
| Julie C. Rising | Robert C. Mattson |
| CHOATE, HALL & STEWART LLP | OBLON, SPIVAK, MCCLELLAND |
| Two International Place | MAIER & NEUSTADT, P.C. |
| Boston, MA 02110 | 1940 Duke Street |
| (617) 248-5000 | Alexandria, Virginia 22314 |
| | (703) 413-3000 |

Dated: October 11, 2006

RLF1-3069516-1